**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**



United States of America ex rel.
  The Tarbell Group, LLC,

    Plaintiff

      v.

Barrelville Outdoor Club,
Federal Employees Activities Association Inc.,
Funkstown Volunteer Fire Company Inc.,
Kings Contrivance Community Association
  Inc.,
Maryland Municipal League, and
National Assocication for the Advancement of
  Colored People,

    Defendants

**FILED UNDER SEAL PURSUANT TO**
**31 U.S.C. § 3730(b)(2)**

Case no.: SAG 25 CV 0916

## COMPLAINT

### Nature of the Case

1.    Relator The Tarbell Group, LLC, brings this action for itself and the United States under the False Claims Act, 31 U.S.C. §§ 3729-3733, to recover funds illegally obtained by the defendants under federal COVID-19 relief laws.

### Jurisdiction and Venue

2.    The Court has jurisdiction of, and is the appropriate venue for, this matter because it arises under a federal law, because the United States is a plaintiff, and because in this judicial district each defendant can be found, resides, transacts business in, or committed an act proscribed by the False Claims Act. 28 U.S.C. §§ 1331, 1345; 31 U.S.C. § 3732(a).

## Parties—Relator

3.      Relator The Tarbell Group, LLC, is a limited liability company located in and organized under the laws of the Commonwealth of Virginia.

## Parties—501(c)(4) Defendants

4.      Defendant Barrelville Outdoor Club is an entity exempt from taxation under section 501(c)(4) of the Internal Revenue Code, 26 U.S.C. § 501(c)(4) ("Tax-Exempt 501(c)(4) Organization"). On the loan application(s) at issue herein, this defendant gave its address as 13916 Barrelville Rd, NW, Mount Savage, MD.

5.      Defendant Federal Employees Activities Association Inc. is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 7500 Security Boulevard, Baltimore, MD.

6.      Defendant Funkstown Volunteer Fire Company Inc. is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as PO Box 670, Funkstown, MD.

7.      Defendant Kings Contrivance Community Association Inc. is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 7251 Eden Brook Drive, Columbia, MD.

8.      Defendant Maryland Municipal League is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 1212 West Street, Annapolis, MD.

9.      Defendant National Assocication for the Advancement of Colored People is a Tax-Exempt 501(c)(4) Organization. On the loan application(s) at issue herein, this defendant gave its address as 4805 Mount Hope Drive, Baltimore, MD.

2

## Background

10.     To provide economic relief and stimulate the economy during the COVID-19 pandemic, Congress in 2020 enacted the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. 116-136, amended by, inter alia, the Paycheck Protection Program Flexibility Act of 2020, Pub. L. 116-142 and the American Rescue Plan Act of 2021, Pub. L. 117-2 (2021) (together with implementing regulations, referred to herein as the "PPP Program"). The PPP Program effectively transferred money from the federal government to eligible recipients via the United States Small Business Administration ("SBA"). The transfers took the form of private loans guaranteed, forgiven and reimbursed by SBA ("PPP Loans").

11.     PPP Loan recipients could receive up to two loans, one in each of two tranches, each called a "draw," i.e., first-draw and second-draw PPP Loans.

12.     As a condition of receiving PPP Loans and forgiveness thereof, each applicant was required to certify its eligibility under the PPP Program.

13.     The PPP Program at all times excluded Tax-Exempt 501(c)(4) Organizations from eligibility.

14.     Defendants each applied for and received PPP Loans for which they were legally ineligible.

## PPP Loans

15.     Defendants received approval for, and forgiveness of, their PPP Loans on the dates and in the amounts shown on the table attached hereto, despite being legally ineligible for the same.

## Cause of Action
### False Claims Act, 31 U.S.C. § 3729

16.     Relator repeats and realleges each of the foregoing paragraphs.

17. Each defendant was ineligible to receive its PPP Loan(s) at the time it applied and received approval for the same.

18. Each defendant did knowingly present, or cause or be presented, a false or fraudulent claim for payment or approval, to the injury of the United States, by falsely certifying that it was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

19. Each defendant did knowingly make, use, or cause to be made or use, a false record or statement material to a false or fraudulent claim, to the injury of the United States, by falsely certifying that it was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

20. Each defendant did knowingly make, use, or cause to be made or used, a false record or statement material to, or did knowingly conceal, or did knowingly and improperly avoid or decrease, an obligation to pay or transmit money or property to the United States government, by falsely certifying that it was eligible for a PPP Loan and forgiveness thereof and thereby receiving the same.

### Prayer for Relief

21. WHEREFORE, Relator prays for the following relief against each defendant:

    a. A declaration that each defendant did violate the False Claims Act;

    b. An amount thrice the amount of PPP Loans and interest forgiven or otherwise not repaid with respect to each defendant, lending fees paid by SBA, foregone interest, and all other damages suffered by the United States government, plus civil penalties and applicable interest, under 31 U.S.C. § 3729(a)(1);

4

c.    The cost of this civil action, apportioned to each defendant respectively in proportion to its share of the aggregate damages recouped herein, under 31 U.S.C. § 3729(a)(3);

d.    An award to relator, including its reasonable expenses, attorneys' fees, and costs, under 31 U.S.C. § 3730(d)(1) or (2), as applicable; and

e.    Such other and further relief as may be just and proper.

### Demand for Jury Trial

22.    Relator demands a trial by jury.

Respectfully submitted,

*Bruce Ellis Fein*

**Law Office of Bruce Ellis Fein, PLLC**
Bruce Ellis Fein, Esq.
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390
*Attorney for Relator*

5