**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| United States of America ex rel.<br>The Tarbell Group, LLC,<br><br>Plaintiff<br><br>v.<br><br>Barrelville Outdoor Club, et al.,<br><br>Defendants | Civ. no. MJM-25-cv-916 |

**RELATOR'S MOTION TO EXTEND THE TIME FOR SERVICE OF PROCESS**

Relator respectfully moves the Court, under Rules 4(m) and 6(b)(1)(A) of the Federal Rules of Civil Procedure, to extend from October 7, 2026, to November 20, 2026, the time to serve defendants Barrelville Outdoor Club, Federal Employees Activities Association Inc., and Kings Contrivance Community Association Inc.

Relator filed the First Amended Complaint on July 9, 2026 (ECF Doc. 7). On July 13, 2026, the Court ordered that Relator "shall effect proper service of process (or secure waivers of service) within 90 days of that filing" (ECF Doc. 9). The ninetieth day is October 7, 2026, and this motion is filed before that time expires.

The First Amended Complaint names six defendants. On or about July 24 and July 27, 2026, Relator sent each of them a request to waive service under Rule 4(d). Three returned executed waivers, which Relator filed on August 21, August 24, and August 29, 2026 (ECF Docs. 10, 13, 17). One of those three has since been dismissed (ECF Doc. 18). The other three defendants have not returned waivers or appeared.

Relator sent the requests in this action together with those in the related action, No. MJM-25-915, which names 69 defendants. Executed waivers in that action continued to arrive through September 27, 2026. Relator handled service in the two actions together and requested summonses in both once the waivers stopped arriving. On October 1, 2026, Relator requested summonses for the three defendants that had not waived service (ECF Doc. 24). The Clerk issued them on October 5, 2026 (ECF Doc. 28). Relator has initiated the process of serving them through a process server.

Good cause supports the request. Within the 90 days the Court allowed, Relator obtained waivers from three of the six defendants and requested and obtained summonses for the other three. Rule 4(m) provides that upon a showing of good cause "the court must extend the time for service for an appropriate period," and Rule 6(b)(1)(A) permits an extension for good cause when, as here, the request is made before the time expires. The Court also has discretion to extend the time for service without a showing of good cause. *Gelin v. Shuman*, 35 F.4th 212, 219-20 (4th Cir. 2022); *see also Spinks v. Maryland*, Civ. No. MJM-23-3184, 2024 U.S. Dist. LEXIS 161244, at *8-9 (D. Md. Sept. 9, 2024). The extension will prejudice no party and will not change the deadline of any defendant that has appeared.

In accordance with Local Rule 105.9, Relator states that it has not sought the consent of counsel for the two defendants that have appeared, because this motion concerns only defendants that have not appeared and does not affect the deadlines of the defendants that have.

A proposed order is filed herewith.

Respectfully submitted,

*/s/ Bruce Ellis Fein*

Bruce Ellis Fein
MDD Bar Number 31261
Bruce Ellis Fein PLLC
P.O. Box 506
Great Falls, VA 22066
bruce@newdream.net
703-248-0390
*Attorney for Relator The Tarbell Group, LLC*